371 A.2d 244
Commonwealth v. Williams, Appellant.

Submitted June 14, 1976. John
Paul Curran, for appellant; James W. Wilson, Assistant
District Attorney, and F. Emmett Fitzpatrick, District
Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 244
Commonwealth v. Williams, Appellant.

Argued
March 19, 1976. David E. Auerbach, Assistant Public
Defender, with him Kenneth P. Barrow, Public Defender,
for appellant; John G. Siegle, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.